IN THE SUPREME COURT OF NORTH CAROLINA

No. 370A17

Filed 6 April 2018

STATE OF NORTH CAROLINA

v.

DYQUAON KENNER BRAWLEY

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 807 S.E.2d 159 (2017), vacating a judgment entered on 21 September 2016 by Judge Christopher W. Bragg in Superior Court, Rowan County.  Heard in the Supreme Court on 12 March 2018.

> *Joshua H. Stein, Attorney General, by Teresa M. Postell, Assistant Attorney General, for the State-appellant.*
>
> *Glenn Gerding, Appellate Defender, by Amanda S. Zimmer, Assistant Appellate Defender, for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion, and this case is remanded to the Court of Appeals for consideration of defendant's argument regarding the restitution ordered by the trial court.

REVERSED AND REMANDED.